MARY E. McCAUL, as Administratrix with the Will Annexed of the Last Will and Testament of ADOLPH DOTTERWEICH, Deceased, Respondent, v. TRAVELERS INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Defendant, and MARY D. RODGERS, as Administratrix, etc., of HERMAN L. DOTTERWEICH, Deceased, Appellant.— Judgment affirmed, with costs. All concur.

In the Matter of the Application of JOHN BOGACKI, Respondent, for an Order of Mandamus against C. CHASE ZALEMSKI and Others, Constituting the Town Board of the Town of Cheektowaga, New York, and the Town Board of Said Town, Appellants.— Order affirmed, with costs. We view the action of the town board in adopting the resolution of January 1, 1932, as a wrongful discharge of the constables then in office, except Zalemski, and that the order appealed from directs their reinstatement, and we, therefore, affirm the order, with costs. All concur, except Crosby, J., who dissents and votes to affirm as to the three men whose salaries under said resolution were twenty dollars per month on the ground that upon the present record we cannot say that sixty dollars a month was not a living wage. [143 Misc. 140.]

UNION TRUST COMPANY OF ROCHESTER, Appellant, v. ALMA L. F. CONWAY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No answer has been served, and there is nothing in the record from which it can be determined what matters in the case are to be litigated. The testimony sought to be obtained is not necessary to enable the defendant to answer. Until the issues are determined the court cannot say whether or not the testimony sought to be obtained is material and necessary, and under such circumstances no examination before trial can be had. (*Welsh* v. *Cowles Shipyard Co., Inc.*, 200 App. Div. 724; *Walczewski* v. *American Laundry Machinery Co.*, 236 id. 883; *Noble* v. *Copake Pure Ice & Water* [*Corp.*, 129 Misc. 445.) All concur.

PIEDMONT HOTEL COMPANY, Appellant, v. A. E. NETTLETON COMPANY, Respondent.*— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to the defendant to serve an amended answer within twenty days upon payment of the costs of the motion and of this appeal upon the ground that clause " C " of the contract when read in connection with paragraphs 17 and 18, provides for an assignment of the contract without provision for a release from liability of the lessee-defendant. All concur, except Thompson, J., who dissents and votes for affirmance.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD PATRICK IBY, Appellant.— Judgment of conviction affirmed. All concur.

PETER DEMPSEY, Respondent, v. CITY OF BUFFALO, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

LURA RAYMOND, as Administratrix, etc., of THOMAS E. RAYMOND, Deceased, Appellant, v. REPUBLIC LIGHT, HEAT & POWER COMPANY, INCORPORATED, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 236 App. Div. 880.]